UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EVA PENA,

    Defendant.

Civil Action No.:

**JOINT STIPULATION TO ENTRY OF CONSENT DECREE AND FINAL JUDGMENT**

    Plaintiff, the United States of America, and Defendant Eva Pena hereby stipulate to the entry of the attached proposed Consent Decree and Final Judgment ("Consent Decree").

    1.    Defendant waives service of the Summons and the Complaint.

    2.    Defendant acknowledges that Defendant has read the provisions of the proposed Consent Decree, has had sufficient time to consider its ramifications and was given the opportunity to consult with an attorney, understands the proposed Consent Decree, and is prepared to and will abide by all provisions of the Consent Decree.

    3.    Without admission of liability or wrongdoing, Defendant stipulates to the entry of the attached proposed Consent Decree, freely, and without coercion.

    4.    For the purposes of this action, Defendant admits the facts necessary to establish jurisdiction.

Each party to this action agrees to bear its own attorneys' fees and costs incurred in connection with this action.

Dated: 3/18/24, 2024

*Eva Pena*
EVA PENA
Defendant

Respectfully Submitted,

FOR THE UNITED STATES OF AMERICA

JOSHUA S. LEVY
Acting United States Attorney

/s/ Carol E. Head
CAROL E. HEAD
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3213
Email: carol.head@usdoj.gov

AMANDA N. LISKAMM
Director
Consumer Protection Branch

TIMOTHY T. FINLEY
Assistant Director

/s/ Ann Entwistle
ANN ENTWISTLE
Trial Attorney
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, DC 20044
Tel.: 202-305-3630
Email: ann.entwistle@usdoj.gov